**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,     )
                                )
          Plaintiff,         )
                                )
          v.                  )     Case No. 1:24-cr-00009-SEP
                                )
CORTERION WRIGHT          )
                                )
          Defendant.       )

**MEMORANDUM AND ORDER**

Before the Court is Defendant Corterion Wright's Motion to Suppress Evidence, Doc. [28], in which Mr. Wright moves to suppress physical evidence seized by law enforcement during a vehicle stop and search on October 24, 2023, and argues that "statements elicited at the scene, in the police vehicle, or later at the jail" should likewise be suppressed as fruit of the poisonous tree. *Id.* at 2-3; *see also* Doc. [46] (Defendant's Post-Hearing Brief).

Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni. *See* Doc. [1]. After an evidentiary hearing, *see* Doc. [38], Judge Crites-Leoni issued a Report and Recommendation, Doc. [51], recommending that the motion be denied. The Report and Recommendation will be adopted in full, as set forth herein.

This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Criminal Procedure 59. The district court considers de novo any timely specific written objections to the magistrate judge's recommendation as to a dispositive matter. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

Defendant filed objections to the Report and Recommendation, Doc. [55], to which the Government responded, Doc. [56]. Defendant's objections merely restate his arguments to Judge Crites-Leoni, asserting that the officer lacked reasonable suspicion to stop and search his vehicle, and so, all evidence seized, and statements made should be suppressed. Doc. [55] at 2. The Court has conducted a de novo review of the entire record, including the motion, the parties' briefing, and the transcript of the evidentiary hearing. After reviewing the record, the Court agrees with Judge Crites-Leoni's analysis and adopts her conclusion that the stop of Mr.

Wright's vehicle was based on reasonable suspicion and his Fourth, Fifth, and Sixth Amendment rights were not violated.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Objections to the Report and Recommendation, Doc. [55], are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni, Doc. [51], is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein, to the extent set forth above.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence, Doc. [28], is **DENIED**.

**IT IS FINALLY ORDERED** that a change of plea hearing remains set for **April 15, 2025, at 12:00 PM** before Judge Stephen Limbaugh, Jr. in the Southeast Division.

Dated this 2nd day of April, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE